Hugh K. Funderburg, Plaintiff-Appellant, v. Frederick W. Shappert, Jr. and Verona M. Shappert, Defendants-Appellees.

Gen. No. 11,324.

Second District, First Division.

March 16, 1960.

Released for publication April 5, 1960.

Stanley H. Guyer and Edward J. Enichen, for plaintiff-appellant; Miller, Thomas, Hickey, and Collins, and Vedder, Price, Kaufman and Kammholz (Francis E. Hickey, Charles R. Kaufman, and Edward W. Rothe, of counsel) for defendants-appellees. Opinion by JUSTICE DOVE. Not to be published in full.